# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| | : |
| STANLEY J. SEGAL | : |
| DEBTOR(S) | : BANKRUPTCY NO. 10-16822 SR |
| ROBERT H. HOLBER, TRUSTEE | : |
| | : |
| PLAINTIFF(S) | : |
| vs. | : |
| STANLEY J. SEGAL | : |
| PAUL D. SEGAL, | : |
| CAPITAL FAMILY PARTNERS, LLC., | : |
| GREEN KION GROUP, LLC, | : |
| ELIEZER FIREDMAN, | : |
| NAFTALI WEINBERER, 50 JERSEY LLC, | : |
| NAOMI WEINBERGER, | : |
| YEHOSHUA FRIEDMAN | : |
| SF FAMILY CREDIT SHELTER TRUST, | : |
| OAKHURST PROPERTIES, LLC, | : |
| OAKWOOD HEALTHCARE, LLC, | : |
| ARDSLEY GROUP, INC., | : |
| ASHTON HALL, INC., | : |
| ASHTON TERRACE, INC. | : |
| DEFENDANT(S) | : ADVS NO. 13-752 |

# ORDER

**And Now,** upon consideration of the *Motion of Defendants Stanley Segal, Paula Segal, Ardsley Group, Inc., Ashton Hall, Inc., And Ashton Terrace, Inc. to Dismiss Complaint Under Rule 12(B) of The Federal Rules of Civil Procedure, Applicable to this Adversary Proceeding;* the *Motion Of Capital Family Defendants To Dismiss The Trustee's Complaint For Failure To State A Claim Under Federal Rule Of Bankruptcy Procedure 7012(B) And Federal Rule Of Civil Procedure 12(B)(6)*; the *Omnibus Response In Opposition To The Defendants' Motions To Dismiss Complaint Of Plaintiff,*

*Robert H. Holber, In His Capacity As Chapter 7 Trustee Of The Bankruptcy Estate Of Stanley Segal, Debtor,* the parties' Memoranda filed in support thereto, and after hearing held March 19, 2014, it is hereby:

**Ordered,** that for the reasons contained in the within Opinion, this Adversary Proceeding is dismissed, and it is further:

**Ordered**, that District Court Civil Action No. 12-3663 transferred to this Court by Order dated October 4, 2012, shall be returned to the District Court together with a copy of this Order and accompanying Opinion and it is further:

**Ordered**, that a hearing to consider the status of this adversary proceeding is scheduled for July 30, 2014 at 1:30 p.m., United States Bankruptcy Court, 900 Market Street, Courtroom No. 4, Philadelphia, PA 19107.

By the Court:

_____
Stephen Raslavich
U.S. Bankruptcy Judge

Dated: May 1, 2014

2

Interested Parties:

Honorable C. Darnell Jones II
United States District Court
James A. Byrne United States Courthouse
601 Market Street, Room 5613
Philadelphia, PA 19106-1797

Honorable Juan R. Sanchez
United States District Court
James A. Byrne United States Courthouse
601 Market Street, Room 11614
Philadelphia, PA 19106-1797

Mark L Rhoades, Esquire
Haviland Hughes
The Bourse, Suite 1000
111 S. Independence Mall East
Philadelphia, Pa 19106

Robert E. Chernicoff , Esquire
Cunningham & Chericoff
2320 North Second Street
P.O. Box 60457
Harrisburg, Pa 17106-0457

Marc W. Witzig, Esquire
Cunningham & Chernicoff, P.C.
2320 North Second Street
Harrisburg, Pa 17110

Steven D. Usdin, Esquire
Flaster/Greenberg
4 Penn Center
1600 Jfk Boulevard, 2nd Floor
Philadelphia, Pa 19103

Abbe Fletman, Esquire
Flaster/Greenberg
4 Penn Center
1600 Jfk Boulevard, 2nd Floor
Philadelphia, Pa 19103

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, Pa 19063

Dexter K. Case, Esquire
Case, Digiamberardino & Lutz, P.C.
845 North Park Road
Suite 101
Wyomissing, Pa 19610

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107